IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Magistrate No.: 8:98MJ58 |
| ) | |
| MIGUEL ESQUEDA-SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 3) in the above-captioned case be granted as requested.

DATED this 28th day of March, 2008.

BY THE COURT:


S/F.A. GOSSETT
United States Magistrate Judge